Emily Abraham (CA SBN 285019)
emily@abrahamgautam.com
Gautam Jagannath (CA SBN 285020)
gautam@abrahamgautam.com
**ABRAHAM & GAUTAM, LLP**
*Civil Rights Boutique*
1400 Shattuck Ave, Suite 12-160
Berkeley, CA 94709
(p) 510.982.1190 (office)
(f) 510.761.7721(fax)

*Attorneys for*
C.B., A MINOR BY AND THROUGH
GUARDIAN AD LITEM CASSANDRA BRAASCH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **C.B., A MINOR,** by and through *guardian ad litem* **CASSANDRA BRAASCH**,<br><br>PLAINTIFF,<br><br>v.<br><br>**MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT and KELLE PICKELL, RENEE HENDERSON, individually and in their official capacity,**<br><br>DEFENDANTS. | Case No. 25-cv-03509-DJC-CSK<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

# ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO PROCEED UNDER PSEUDONYM

The Court has reviewed Plaintiff's Ex Parte Application for Leave to Proceed Under Pseudonym, the supporting memorandum and declaration, and the record. Good cause appearing, the Court finds that identification of the minor Plaintiff poses a significant risk of psychological harm and unwarranted stigma, that the allegations involve sensitive matters concerning a child, and that Defendants will not be prejudiced in their ability to litigate this case.

Federal Rule of Civil Procedure 5.2(a)(3), *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000), and all other relevant Eastern District precedent support permitting the minor to proceed under initials.

IT IS ORDERED:

1. Plaintiff's Application is granted.
2. The minor Plaintiff shall be referred to as "C.B." in all public filings.
3. All public filings shall redact the minor's full name and identifying information.
4. Unredacted documents may be exchanged between the parties and filed under seal where appropriate.
5. This Order is without prejudice to reconsideration if a Defendant later appears and demonstrates specific prejudice.

**IT IS SO ORDERED.**

Dated: December 12, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE