UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| C.B., a minor child, *by and through* guardian ad litem Cassandra Braasch,<br><br>        Plaintiff,<br><br>   v.<br><br>Marysville Joint Unified School District, et al.,<br><br>        Defendants. | No. 2:25-cv-03509-DJC-CSK<br><br><br>ORDER |

Pending before the Court is Cassandra Braasch's application seeking her as Guardian Ad Litem for C.B., a minor in the instant action.  (App. (ECF No. 5).)  No opposition to the pending application has been filed.

Under Federal Rule of Civil Procedure 17, "[a] minor. . .who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem." "The court must appoint a guardian ad litem – or issue another appropriate order – to protect a minor or incompetent person who is unrepresented in an action."  Fed. R. Civ. P. 17(c)(2).  The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court."  *United States v. 30.64 Acres of Land, More or*

1

*Less, Situated in Klickitat Cnty., State of Wash.*, 795 F.2d 796, 804 (9th Cir. 1986). However, a court shall take whatever measures it deems appropriate to protect the interests of the individual during the litigation. *Id.* at 805. In the Eastern District of California, Local Rule 202(a) requires that:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor ... the attorney representing the minor or incompetent person shall present ... a motion for the appointment of a guardian *ad litem* by the Court, or ... a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

Here, the proposed guardian ad litem is the minor Plaintiff's biological mother. (App. ¶ 6.) The application states that Braasch has been intimately involved in addressing the harm suffered by the minor Plaintiff and that she has no interests adverse to the minor. (*Id.* ¶¶ 8, 9.) Moreover, Braasch represents that she has been active in protecting the C.B.'s interests throughout the events giving rise to the litigation and that she will continue to vigorously protect the minor Plaintiff's interests. (*Id.* ¶ 7.)

Based on these representations, the Court finds Cassandra Braasch to be an appropriate guardian ad litem for Plaintiff C.B. and that the requirements of Local Rule 202(a) have been satisfied. Accordingly, the application for the appointment of Cassandra Braasch as guardian ad litem for C.B. is GRANTED (ECF No. 5).

IT IS SO ORDERED.

Dated:  **May 21, 2026**

_____
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE